WRIGHT, FINLAY & ZAK, LLP
Raymond Jereza, Esq.
Nevada Bar No. 011823
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
rjereza@wrightlegal.net
*Attorney for Secured Creditor, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 13-52342-btb |
|---|---|
| SUSY J VALDESPIN<br>*aka* SUSY J CORONADO<br>*aka* SUSY J CORONADOORELLANA<br>*aka* JORGE VALDESPIN<br>*aka* SUSY J VALENCIA<br><br>Debtor. | Chapter: 13<br><br>**STIPULATION REGARDING ADEQUATE PROTECTION PAYMENTS** |

The parties hereby having reached an agreement and for good cause appearing;

IT IS HEREBY STIPULATED between Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, c/o Seterus, Inc. ("Secured Creditor"), by and through its counsel of record, Raymond Jereza, Esq. of Wright, Finlay & Zak, LLP and Debtor, Susy J Valdespin, by and through her counsel of record, Kerry J. Eaton, Esq., that the stay in regards to the real property located at 9345 Stoney Creek Way, Reno, NV 89506, shall remain in effect subject to the following terms and conditions:

Debtor currently owes post-petition arrears to Secured Creditor as follows:

| | |
|---|---|
| Payment:  2/01/14 @ $898.10 per month | $898.10 |
| Payments: 3/01/14-09/01/14 @ $968.72 per month | $6,781.04 |
| Property Inspection Fees | $165.00 |
| Suspense Balance | ($70.10) |
| Total | $7,774.04 |

Debtor is post-petition delinquent in the total amount of $7,774.04. Debtor shall make equal monthly adequate protection installments in the amount of $863.78 for eight (8) months commencing October 15, 2014 and continuing on the fifteenth day of each month ending May 15, 2015, followed by a payment of $863.80 on June 15, 2015, in order to cure the post-petition default. All payments due to Secured Creditor set forth shall be paid to Seterus, Inc. at the following address in the form of certified funds:

Seterus, Inc.<br>
PO Box 7162<br>
Pasadena, CA 91109-7162

IT IS FURTHER STIPULATED that, in addition to the aforementioned adequate protection payments, the Debtor shall remain current and in good standing on her regular mortgage payments in the amount of $968.72 per month ($734.44 in principal and interest plus $234.28 in taxes and insurance), which are due on the first of each month. The amount of these payments may be subject to change under terms of the parties' original agreements. Debtor's next post-petition payment is due for October 1, 2014, in the amount of $968.72.

IT IS FURTHER STIPULATED that upon any default in the foregoing terms and conditions, Secured Creditor shall serve written notice of default to Debtor, and any attorney for Debtor. If Debtor fails to cure the default within 15 calendar days after mailing of such written notice:

  a. Secured Creditor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating stay, which the Court may grant without further notice of hearing.
  b. Secured Creditor may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
  c. Secured Creditor may move for relief from the stay on regular notice.

IT IS FURTHER STIPULATED that the stay shall remain in effect subject to the terms and conditions set forth in the Stipulation for Adequate Protection Payments.

1  IT IS FURTHER STIPULATED that this Stipulation shall be binding and effective
2  despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of
3  the United States Code.

Submitted by:

WRIGHT, FINLAY & ZAK, LLP

_____          Dated: 10/13/14
Raymond Jereza, Esq.
Nevada Bar No. 011823
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, c/o Seterus, Inc.*

APPROVED / DISAPPROVED

_____          Dated: 9/10/14
Kerry J. Eaton, Esq.
Nevada Bar No. 09548
5421 Kietzke Ln, Ste 100
Reno, NV 89511
*Attorney for Debtor*

Page 3 of 3