**E-Filed April 8, 2016**

James B. Ball (#5212)
Poli & Ball, P.L.C.
400 S. 4th Street, Ste 500
Las Vegas, Nevada  89101
(702) 380-8095
Facsimile: (702) 380-3001
ball@poliball.com
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Susy J Valdespin,<br><br>　　　　　Debtor. | No.  13-52342 BTB<br><br>Chapter 13<br><br>**10 DAY NOTICE OF DEFAULT** |

PLEASE TAKE NOTICE that an Order Granting the Stipulation for Adequate Protection and Termination of the Automatic Stay Upon Nonpayment was entered on July 11, 2014.  In part, the Stipulation stated that if the Debtor fails to make any of the adequate protection payments as stated in the Stipulation, or fails to maintain the regular monthly payments to AmeriCredit Financial Services, Inc. dba GM Financial, allowing a five (5) day grace period, AmeriCredit Financial Services, Inc. dba GM Financial may file with the Court and serve upon Debtor and Debtor's counsel, a ten (10) day Notice Of Default. If upon the eleventh (11th) day Debtor has failed to cure the delinquency, AmeriCredit Financial Services, Inc. dba GM Financial may submit to this Court a declaration of the default and an Order Vacating the Automatic Stay as to the Debtor and the bankruptcy estate.  AmeriCredit Financial Services, Inc. dba GM Financial may thereafter proceed

with repossession upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof without further notice.

Pursuant to the Stipulation for Adequate Protection and Termination of the Automatic Stay Upon Nonpayment and its Order, the Debtor was to resume regular monthly payments of $481.90 to AmeriCredit Financial Services, Inc. dba GM Financial in July, 2014 and remain current thereafter.  Further, the Debtor was to cure the post-petition default of $1,927.60 over a six (6) month period by remitting adequate protection payments in the amount of $321.27 per month for a five (5) month period by the 19th day of each month for the months of July, 2014 through November, 2014 and $321.25 per month for a one (1) month period by the 19th day of December, 2014.

Please take notice that payments due AmeriCredit Financial Services, Inc. dba GM Financial are delinquent in the total amount of $997.11.  The default includes the regular monthly payments for March, 2016 and April, 2016.   Therefore, unless the payment of $997.91 is delivered to AmeriCredit Financial Services, Inc. dba GM Financial, c/o Poli and Ball, P.L.C., 2999 N. 44th Street, Phoenix, Arizona 85018, on or before April 18, 2016, AmeriCredit Financial Services, Inc. dba GM Financial will submit a declaration of the default and lodge an order terminating the stay.

DATED this 8th day of April, 2016.


Poli & Ball, P.L.C.

By /s/ James B. Ball #5212
      James B. Ball
      400 S. 4th Street, Ste 500
      Las Vegas, Nevada  89101
      Attorney for AmeriCredit Financial
      Services, Inc. dba GM Financial

COPIES of the foregoing mailed
this 8th day of April, 2016, to:

Susy J Valdespin
9345 Stoney Creek Way
Reno, NV 89506
Debtor

Kerry J. Eaton
Drinkwater Law Offices
5421 Kietzke Ln, Ste 100
Reno, NV 89511
Attorney for debtor

William A. Van Meter
PO Box 6630
Reno, NV 89513
Trustee

/s/ Tangina Edwards
_____