WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Inku Nam, Esq.
Nevada Bar No. 12050
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
inam@wrightlegal.net
*Attorney for Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 13-52342-btb <br> Chapter: 13 |
| SUSY J VALDESPIN <br> *aka* SUSY J CORONADO <br> *aka* SUSY J CORONADOORELLANA <br> *aka* JORGE VALDESPIN <br> *aka* SUSY J VALENCIA <br><br> Debtor. | **NOTICE RE: BREACH OF CONDITION** |

NOTICE IS HEREBY GIVEN to the Debtor, Susy J Valdespin, that she is in default under the terms of the Stipulation Regarding Adequate Protection Payments (the "Stipulation") filed on November 19, 2014, and ordered by the Court on November 20, 2014. The Stipulation was based on the debt associated with the real property located at 9345 Stoney Creek Way, Reno, Nevada 89506.

The Debtor agreed to make adequate protection payments for nine months consisting of eight payments of $863.78 from October 15, 2014, through May 15, 2015, and one payment of $863.80 due June 15, 2015. The Debtor also agreed to remain current and in good standing on her regular monthly post-petition mortgage payments beginning with the October 1, 2014, post-petition payment. A true and correct copy of the Stipulation is attached hereto as **Exhibit 1**.

Page 1 of 5

The Debtor has failed to make her scheduled monthly payments under the Stipulation. The amount currently due to Secured Creditor is $25,021.58, broken down as follows:

| | |
|---|---|
| Monthly payments 5/1/15-1/1/16 @ $968.72 | $8,718.48 |
| Monthly payments 2/1/16-1/1/17 @ $1,035.20 | $12,422.40 |
| Monthly payments 2/1/17-3/1/17 @ $1,076.56 | $2,153.12 |
| Adequate Protection Payment due 5/15/2015 | $863.78 |
| Adequate Protection Payment due 6/15/2015 | $863.80 |
| **Total** | **$25,021.58** |

Pursuant to the terms of the Stipulation, upon default by the Debtor, Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), has to serve a written notice of Default to the Debtor in the case. If the Debtor fails to cure the default within 15 calendar days after mailing such written notice, Secured Creditor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating stay, which the Court may grant without further notice of hearing.

Based on the terms of the Stipulation, Fannie Mae hereby provides Notice to the Debtor of the breach of the Stipulation and Secured Creditor hereby demands the default to be cured within fifteen (15) calendar days after mailing of the herein Notice.

If the Debtor does not cure the default, Secured Creditor will file and serve a declaration detailing the failure to cure and submit its proposed order terminating stay concerning the Property located at 9345 Stoney Creek Way, Reno, Nevada 89506.

DATED this 2nd day of March, 2017.

WRIGHT, FINLAY & ZAK, LLP

Inku Nam, Esq.
Nevada Bar No. 12050
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Secured Creditor,*
*Federal National Mortgage Association ("Fannie Mae")*

## CERTIFICATE OF SERVICE

1. On March 6, 2017, I served the following document(s):

   **NOTICE RE: BREACH OF CONDITION**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (Check all that apply)

   ■ a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

   JAMES B. BALL on behalf of Creditor AMERICREDIT FINANCIAL SERVICES INC dba GM Financial
   bkecf@poliball.com

   KERRY J. EATON on behalf of Debtor SUSY J VALDESPIN
   mmall@drinkwaterlaw.com, bdrinkwaterlaw@gmail.com

   RAYMOND A. JEREZA on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), C/O SETERUS, INC.
   rjereza@wrightlegal.net,
   lcox@wrightlegal.net;ebaker@wrightlegal.net;jcraig@wrightlegal.net

   WILLIAM A. VAN METER
   c13ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com

   WILLIAM A. VAN METER on behalf of Trustee WILLIAM A. VAN METER
   c13ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com

   ■ b. United States mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

   SUSY J VALDESPIN
   9345 STONEY CREEK WAY
   RENO, NV 89506

   AMERICREDIT FINANCIAL SERVICES, INC.
   DBA GM FINANCIAL
   P O BOX 183853
   ARLINGTON, TX 76096

Page 3 of 5

☐ c.  Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

_____

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.  By direct email (as opposed to through the ECF System) (List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  By fax transmission (List persons and fax numbers. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  By messenger (List persons and addresses. Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.   (A declaration by the messenger must be attached to the Certificate of Service).

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this ___6th___ day of March, 2017.

_An employee of Wright, Finlay & Zak, LLP_

# Exhibit 1

# Exhibit 1

# Exhibit 1

1  WRIGHT, FINLAY & ZAK, LLP
2  Raymond Jereza, Esq.
   Nevada Bar No. 011823
3  5532 South Fort Apache Road, Suite 110
   Las Vegas, NV 89148
4  (702) 475-7964; Fax: (702) 946-1345
5  rjereza@wrightlegal.net
   *Attorney for Secured Creditor, Seterus, Inc. as the authorized subservicer for Federal National
6  Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 13-52342-btb <br> Chapter: 13 |
| SUSY J VALDESPIN <br> *aka* SUSY J CORONADO <br> *aka* SUSY J CORONADOORELLANA <br> *aka* JORGE VALDESPIN <br> *aka* SUSY J VALENCIA | **STIPULATION REGARDING ADEQUATE PROTECTION PAYMENTS** |
| Debtor. | |

The parties hereby having reached an agreement and for good cause appearing;

IT IS HEREBY STIPULATED between Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, c/o Seterus, Inc. ("Secured Creditor"), by and through its counsel of record, Raymond Jereza, Esq. of Wright, Finlay & Zak, LLP and Debtor, Susy J Valdespin, by and through her counsel of record, Kerry J. Eaton, Esq., that the stay in regards to the real property located at 9345 Stoney Creek Way, Reno, NV 89506, shall remain in effect subject to the following terms and conditions:

Debtor currently owes post-petition arrears to Secured Creditor as follows:

| | |
|---|---|
| Payment: 2/01/14 @ $898.10 per month | $898.10 |
| Payments: 3/01/14-09/01/14 @ $968.72 per month | $6,781.04 |
| Property Inspection Fees | $165.00 |
| Suspense Balance | ($70.10) |
| Total | $7,774.04 |

1  Debtor is post-petition delinquent in the total amount of $7,774.04. Debtor shall make equal monthly adequate protection installments in the amount of $863.78 for eight (8) months commencing October 15, 2014 and continuing on the fifteenth day of each month ending May 15, 2015, followed by a payment of $863.80 on June 15, 2015, in order to cure the post-petition default. All payments due to Secured Creditor set forth shall be paid to Seterus, Inc. at the following address in the form of certified funds:

Seterus, Inc.
PO Box 7162
Pasadena, CA 91109-7162

IT IS FURTHER STIPULATED that, in addition to the aforementioned adequate protection payments, the Debtor shall remain current and in good standing on her regular mortgage payments in the amount of $968.72 per month ($734.44 in principal and interest plus $234.28 in taxes and insurance), which are due on the first of each month. The amount of these payments may be subject to change under terms of the parties' original agreements. Debtor's next post-petition payment is due for October 1, 2014, in the amount of $968.72.

IT IS FURTHER STIPULATED that upon any default in the foregoing terms and conditions, Secured Creditor shall serve written notice of default to Debtor, and any attorney for Debtor. If Debtor fails to cure the default within 15 calendar days after mailing of such written notice:

  a. Secured Creditor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating stay, which the Court may grant without further notice of hearing.
  b. Secured Creditor may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
  c. Secured Creditor may move for relief from the stay on regular notice.

IT IS FURTHER STIPULATED that the stay shall remain in effect subject to the terms and conditions set forth in the Stipulation for Adequate Protection Payments.

1   IT IS FURTHER STIPULATED that this Stipulation shall be binding and effective
2   despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of
3   the United States Code.

4

5   Submitted by:

6   WRIGHT, FINLAY & ZAK, LLP

7
8   _____    Dated: 10/13/14
    Raymond Jereza, Esq.
9   Nevada Bar No. 011823
10  5532 South Fort Apache Road, Suite 110
    Las Vegas, NV 89148
11  *Seterus, Inc. as the authorized subservicer for*
    *Federal National Mortgage Association*
12  *("Fannie Mae"), creditor, c/o Seterus, Inc.*

13

14  APPROVED / DISAPPROVED

15
16  _____    Dated: 9/10/1f
    Kerry J. Eaton, Esq.
17  Nevada Bar No. 09548
    5421 Kietzke Ln, Ste 100
18  Reno, NV 89511
    *Attorney for Debtor*
19

20
21
22
23
24
25
26
27
28

Page 3 of 3