WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P. O. BOX 6630
Reno, NV  89513
Telephone:  (775) 324-2500
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In Re:
SUSY J. VALDESPIN                                              CASE NO.  13-52342-BTB
                                                               Chapter 13

   Debtor(s)                                                  **NOTICE OF FINAL CURE PAYMENT**
_____

Pursuant to Fed. Bankr.  R.  3002.1(f), the Trustee hereby provides Notice that the Debtor(s) has paid in the full amount required to cure any default  on the  claim listed below.

Name of Creditor <u>BSI FINANCIAL SERVICES</u> Court Claim No <u>002A</u>

Last four digits of any number used to identify the debtor's account: <u>9815 -1ST DOT ARRS</u>

**Cure Amount Provided for Under Confirmed Plan:**

| | |
|---|---|
| Amount of claimed  Arrears | $16,715.80 |
| Amount paid by Trustee | $16,715.80 |

**Monthly ongoing Mortgage payment:**

The confirmed Plan provided that monthly ongoing postpetition mortgage payments were to be paid ☒ directly by the Debtor(s); ☐ by the Trustee.  The Trustee has no records of direct payments made by the Debtor(s).  A schedule of conduit payments made by the Trustee is attached.

Pursuant to  Fed.Bankr. Rule 3002.1(g), within 21 days of the service of this Notice, the creditor is required  to  file and serve on the debtor, debtor's counsel and the Trustee a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default on the claim and whether the Debtor is otherwise current on all payments, consistent with §1322(b)(5) of the Bankruptcy Code.

Dated:  December 6, 2018                         /S/ WILLIAM A. VAN METER
                                                 William A. Van Meter, Trustee
                                                 P. O. Box 6630
                                                 Reno, NV  89513

WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P. O. BOX 6630
Reno, NV  89513
Telephone:  (775) 324-2500
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In Re:

SUSY J. VALDESPIN

CASE NO.  13-52342-BTB
Chapter 13

**CERTIFICATE OF SERVICE**

Debtor(s),

I, Mary Rivinius, hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on December 6, 2018 I served a copy of  NOTICE OF FINAL CURE PAYMENT by mailing a copy thereof by first class mail, postage prepaid to:

BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE
SUITE 400
IRVING, TX 75038

SUSY J. VALDESPIN
9345 STONEY CREEK WAY
RENO, NV 89506

KERRY J. EATON, ESQ.
DRINKWATER LAW OFFICES
5421 KIETZKE LANE, SUITE 100
RENO, NV 89511

Dated: this 6th day of December, 2018.

/s/ Mary Rivinius

Mary Rivinius