*Bruce T Beesley*
—————————————————
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 18, 2018

JENNIFER R. BERGH, ESQ.
Nevada Bar No.: 14480
THE LAW OFFICES OF MICHELLE GHIDOTTI
8716 Spanish Ridge Ave. #115
Las Vegas, Nevada 89148
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: Jbergh@ghidottilaw.com

Attorney for Creditor

US Bank Trust N.A., as trustee of Bungalow Series F Trust

## IN THE UNITED STATES BANKRUPTCY
## COURT DISTRICT OF NEVADA

In re:

SUSY J VALDESPIN,

                Debtor.

**CASE NO.: 13-52342  btb**
**Chapter 13**

**ORDER GRANTING RELIEF FROM THE**
**AUTOMATIC STAY**

Order Granting Relief from the Automatic Stay                                              13-52342

US Bank Trust N.A., as trustee of Bungalow Series F Trust ("**Movant**" or "**Creditor**"), through undersigned counsel, applied for an order vacating the stay to permit Movant to exercise its non-bankruptcy remedies in connection with the real Property commonly known as 9345 Stoney Creek Way, Reno, NV 89506 ("**Vehicle**").  Debtor defaulted under the terms of an Adequate Protection Order and failed to cure the default within the prescribed time after receiving notice of the default.

**IT IS THEREFORE ORDERED** that:

1.      Creditor is granted relief from the automatic stay provisions of 11 U.S.C. 362 to permit Creditor, and Creditor's successors and assigns to proceed with enforcement of the security interest in the above-referenced property, pursuant to applicable state law or federal law;

2.      Fed.R.Bankr.P., Rule 4001(a)(3) be waived and the stay terminate upon entry of the order;

3.      For such other and further relief as the court deems just and proper.


Respectfully submitted this 12th day of December 2018.


SUBMITTED BY:

By: /S/ Jennifer R. Bergh, Esq.
8716 Spanish Ridge Ave. #115
Las Vegas, Nevada 89148
Tel: (949) 427-2010
Fax:  (949) 427-2732
Jbergh@ghidottilaw.com